**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHECKFREE CORPORATION and
CASHEDGE, INC.,

          Plaintiffs,

vs.                                        Case No.  3:12-cv-15-J-34JBT

METAVANTE CORPORATION and
FIDELITY NATIONAL INFORMATION
SERVICES, INC.,

          Defendants.
_____

METAVANTE CORPORATION and
FIDELITY NATIONAL INFORMATION
SERVICES, INC.,

          Counterclaim Plaintiffs,

vs.

CHECKFREE CORPORATION, CASHEDGE, INC.,
and FISERV, INC.,

          Counterclaim Defendants.
_____

**O R D E R**

This matter is before the Court on Defendants' Unopposed Motion for Leave to File a Surreply in Opposition to Plaintiffs' Dispositive Motion for Summary Judgment of Invalidity of All Asserted Claims of U.S. Patent No. 7,734,543 Based on Indefiniteness (Dkt. No. 155; Motion) filed on February 20, 2013.  In the Motion, Defendants seek leave to file a surreply in opposition to Plaintiffs' Dispositive Motion for Summary Judgment of Invalidity of All Asserted Claims of U.S. Patent No. 7,734,543 Based on Indefiniteness.  See Motion at 1.

Defendants represent to the Court that opposing counsel consents to the relief requested in the Motion.  See id. at 2.  Accordingly, it is

**ORDERED**:

1. Defendants' Unopposed Motion for Leave to File a Surreply in Opposition to Plaintiffs' Dispositive Motion for Summary Judgment of Invalidity of All Asserted Claims of U.S. Patent No. 7,734,543 Based on Indefiniteness (Dkt. No. 155) is **GRANTED**.

2. Defendants shall have up to and including **March 4, 2013**, to file a surreply in opposition to Plaintiffs' Dispositive Motion for Summary Judgment of Invalidity of All Asserted Claims of U.S. Patent No. 7,734,543 Based on Indefiniteness.  The reply shall not exceed **FIVE (5) PAGES** in length.

**DONE AND ORDERED** in Jacksonville, Florida, this 22nd day of February, 2013.

*[Signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record