UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CHECKFREE CORPORATION and CASHEDGE, INC. <br>     Plaintiffs, <br><br> v. <br><br> METAVANTE CORPORATION and FIDELITY NATIONAL INFORMATION SERVICES, INC., <br>     Defendants. <br> _____ <br><br> METAVANTE CORPORATION and FIDELITY NATIONAL INFORMATION SERVICES, INC. <br>     Counterclaim Plaintiffs, <br><br> v. <br><br> CHECKFREE CORPORATION, CASHEDGE, INC. and FISERV, INC. <br>     Counterclaim Defendants. <br> _____ | ) ) ) ) ) Case No.: 3:12-cv-15-J-34-JBT ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## UNOPPOSED MOTION TO WITHDRAW

Pursuant to Rule 2.03, Local Rules, United States District Court, Middle District of Florida, Defendants Metavante Corporation and Fidelity National Information Services, Inc. request an Order allowing John Sieman, Esq., to withdraw as counsel of record for Metavante Corporation and Fidelity National

Information Services, Inc. in this action. In support of this motion, Metavante Corporation and Fidelity National Information Services, Inc. say:

1. On July 20, 2012, this court granted a Motion to Appear Pro Hac Vice filed on behalf of Attorney John Sieman, Esq. of the law firm Finnegan, Henderson, Farabow, Garrett & Dunner. (Doc. No. 56.)

2. Attorney John Sieman is no longer with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner and will no longer be representing Metavante Corporation and Fidelity National Information Services, Inc. in this action.

3. All other admitted counsel from the law firm Finnegan, Henderson, Farabow, Garrett & Dunner will continue to represent Metavante Corporation and Fidelity National Information Services, Inc. in this action.

4. Attorney John Sieman requests permission to withdraw as counsel of record for Metavante Corporation and Fidelity National Information Services, Inc., and that he be removed from the CM/ECF service list of this action.

5. Notice to Metavante Corporation and Fidelity National Information Services, Inc. and opposing counsel has been given in accordance with Rule 2.03, Local Rules, United States District Court, Middle District of Florida.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for CheckFree Corporation and CashEdge, Inc., and counsel for CheckFree Corporation and CashEdge, Inc. has no objection to this motion.

## MEMORANDUM OF LAW

Metavante Corporation's and Fidelity National Information Services, Inc.'s Motion for Attorney John Sieman to Withdraw as Counsel should be granted pursuant to Rule 2.03, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

    BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
    Professional Association

By:   s/John A. DeVault, III
    John A. DeVault, III
    Florida Bar No. 103979
    E-mail: jad@bedellfirm.com
    Courtney Grimm
    Florida Bar No. 953740
    E-mail: cgrimm@bedellfirm.com
    The Bedell Building
    101 East Adams Street
    Jacksonville, Florida 32202
    Telephone:   (904) 353-0211
    Facsimile:     (904) 353-9307


-and-

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
    Jeffrey A. Berkowitz (admitted pro hac vice)
    jeffrey.berkowtiz@finnegan.com
    11955 Freedom Drive, Suite 800
    Reston, VA 20190-5675
    Telephone: (571) 203-2700
    Facsimile: (202) 408-4400

    E. Robert Yoches (admitted pro hac vice)
    Justin Lowery (admitted pro hac vice)
    Ariana Woods (admitted pro hac vice)
    901 New York Avenue, NW
    Washington, DC 20001-4413
    Telephone: (202) 408-4000
    Facsimile: (202) 408-4400

    Stephen E. Kabakoff (admitted pro hac vice)
    3500 SunTrust Plaza
    303 Peachtree Street, NE
    Atlanta, GA 30308-3263
    Telephone: (404) 653-6400
    Facsimile: (404) 653-6444

-and-

FIDELITY NATIONAL INFORMATION SERVICES, INC.
    Deborah Segers (admitted pro hac vice)
    debbie.segers@fisglobal.com
    601 Riverside Avenue
    Jacksonville, FL 32204 USA
    Telephone: (615) 665-6716

Counsel for Defendants Metavante Corporation and Fidelity National Information Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

> s/John A. DeVault, III
> John A. DeVault, III
> Florida Bar No. 103979
> E-mail: jad@bedellfirm.com
> The Bedell Building
> 101 East Adams Street
> Jacksonville, Florida 32202
> Telephone:  (904) 353-0211
> Facsimile:   (904) 353-9307
> Attorney for Defendants