# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| CHECKFREE CORPORATION and CASHEDGE, INC. | ) ) ) |
| Plaintiffs, | ) ) Case No.: 3:12-cv-15-J-34-JBT |
| v. | ) ) ) |
| METAVANTE CORPORATION and FIDELITY NATIONAL INFORMATION SERVICES, INC., | ) ) ) |
| Defendants. | ) ) |
| METAVANTE CORPORATION FIDELITY NATIONAL INFORMATION SERVICES, INC. | ) ) ) ) |
| Counterclaim Plaintiffs, | ) ) |
| v. | ) ) |
| CHECKFREE CORPORATION, CASHEDGE, INC. and FISERV, INC., | ) ) ) |
| Counterclaim Defendants. | ) ) |

**MOTION FOR ADMISSION *PRO HAC VICE*,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendants Metavante Corporation and Fidelity National Information Services, Inc. ("Defendants"), by and through their undersigned attorneys, move this

Court for an order allowing Jessica L.A. Marks to appear in this Court as co-counsel on their behalf in the above-styled lawsuit. In support of this motion, Defendants say:

1.  Jessica L.A. Marks and her law firm, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Two Freedom Square, 11955 Freedom Drive, Reston, Virginia 20190, have been retained to represent Defendants as co-counsel in all proceedings conducted in this cause.

2.  Ms. Marks is a member in good standing and admitted to practice before the United States District Court of Virginia, the United States Court of Appeals for Veterans Claims, and the United States Patent and Trademark Office.

3.  Ms. Marks is familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Ms. Marks is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

4.  Ms. Marks designates John A. DeVault, III and the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

5. Through his signature affixed below, John A. DeVault, III of the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. hereby consents to such designation.

6. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, John A. DeVault, III certifies that Ms. Marks has complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Defendants Metavante Corporation and Fidelity National Information Services, Inc. respectfully request this Court to enter an order admitting Jessica L.A. Marks to practice before this Court pro hac vice.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiffs and is authorized to represent that the Plaintiffs do not oppose the entry of an order granting this motion.

## MEMORANDUM OF LAW

Defendants' motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

        BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
        Professional Association

By:   s/John A. DeVault, III
        John A. DeVault, III
        Florida Bar No. 103979
        jad@bedellfirm.com
        Courtney K. Grimm
        Florida Bar No. 953740
        cgrimm@bedellfirm.com
        The Bedell Building
        101 East Adams Street
        Jacksonville, Florida 32202
        Telephone:   (904) 353-0211
        Facsimile:    (904) 353-9307

        -and-

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
        Jeffrey A. Berkowitz (admitted pro hac vice)
        jeffrey.berkowitz@finnegan.com
        11955 Freedom Drive, Suite 800
        Reston, Virginia 20190-5675
        Telephone:   (571) 203-2700
        Facsimile:    (202) 408-4400

        E. Robert Yoches (admitted pro hac vice)
           (Lead Trial Counsel)
        Justin Lowery (admitted pro hac vice)
        Ariana Woods (admitted pro hac vice)
        901 New York Avenue, NW
        Washington, DC 20001-4413
        Telephone:   (202) 408-4000
        Facsimile:    (202) 408-4400

        Stephen E. Kabakoff (admitted pro hac vice)
        3500 SunTrust Plaza
        303 Peachtree Street, NE
        Atlanta, GA 30308-3263
        Telephone: (404) 653-6400
        Facsimile: (404) 653-6444

-and-

FIDELITY NATIONAL INFORMATION SERVICES
Deborah Segers (admitted pro hac vice)
debbie.segers@fisglobal.com
601 Riverside Avenue
Jacksonville, Florida 32204
Telephone:   (615) 665-6716

Counsel for Defendants Metavante Corporation and
Fidelity National Information Services, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this __29th__ day of July, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

s/John A. DeVault, III
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone:  (904) 353-0211
Facsimile:   (904) 353-9307
Attorney for Defendants