## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| CHECKFREE CORPORATION and CASHEDGE, INC. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>METAVANTE CORPORATION and )<br>FIDELITY NATIONAL INFORMATION )<br>SERVICES, INC., )<br>Defendants. )<br>_____)<br>)<br>METAVANTE CORPORATION )<br>FIDELITY NATIONAL INFORMATION )<br>SERVICES, INC. )<br>)<br>Counterclaim Plaintiffs, )<br>)<br>v. )<br>)<br>CHECKFREE CORPORATION, )<br>CASHEDGE, INC. and )<br>FISERV, INC., )<br>Counterclaim Defendants. )<br>_____) | Case No.: 3:12-cv-15-J-34-JBT |

### FIDELITY'S NOTICE REGARDING PENDING
### PETITIONS FOR REVIEW OF CHECKFREE'S PATENTS

Pursuant to the Court's Order of August 13, 2013 (Dkt. No. 210), Defendants Metavante Corp. and Fidelity National Information Services, Inc. ("Fidelity") notify the Court that no substantive action has occurred in connection with the Post Grant Review ("PGR") petitions pending before the Patent Trial and Appeal Board ("PTAB") of the U.S. Patent and Trademark Office.

On July 24, 2013, Defendants filed four PGR petitions to invalidate four covered business method patents, three assigned to Plaintiff CheckFree (U.S. Pat. Nos. 7,792,749; 7,853,524; and 7,996,311) and one assigned to Plaintiff CashEdge (U.S. Pat. No. 7,383,223). The PTAB's rules governing petition practice permit the patent owner to file a preliminary response to the petitions or election to waive the preliminary response within three months of the filing date of a petition. 37 C.F.R. § 42.207(b); 37 C.F.R. § 42.300(a). "A patent owner seeking a shortened period for the determination may wish to file a preliminary response well before the date the response is due, or file a paper stating that no preliminary response will be filed." *See, e.g.*, 77 Fed. Reg. 48680, 48692 (discussing 37 C.F.R. § 42.207). Here, any preliminary response or waiver must be filed by September 24, 2013, and the patent owners have not yet submitted a preliminary response or waiver.

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By:   s/John A. DeVault, III
      John A. DeVault, III
      Florida Bar No. 103979
      Courtney K. Grimm
      Florida Bar No. 953740
      The Bedell Building
      101 East Adams Street
      Jacksonville, Florida 32202
      Telephone:  (904) 353-0211
      Facsimile:  (904) 353-9307

-and-

        FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
            Jeffrey A. Berkowitz (admitted pro hac vice)
            jeffrey.berkowtiz@finnegan.com
            Jessica Marks (admitted pro hac vice)
            11955 Freedom Drive, Suite 800
            Reston, VA 20190-5675
            Telephone: (571) 203-2700
            Facsimile: (202) 408-4400

            E. Robert Yoches (admitted pro hac vice)
            Justin Lowery (admitted pro hac vice)
            Ariana Woods (admitted pro hac vice)
            Jason W. Melvin (admitted pro hac vice)
            901 New York Avenue, NW
            Washington, DC 20001-4413
            Telephone: (202) 408-4000
            Facsimile: (202) 408-4400

            Stephen E. Kabakoff (admitted pro hac vice)
            3500 SunTrust Plaza
            303 Peachtree Street, NE
            Atlanta, GA 30308-3263
            Telephone: (404) 653-6400
            Facsimile: (404) 653-6444

                    -and-

FIDELITY NATIONAL INFORMATION SERVICES, INC.
            Deborah Segers (admitted pro hac vice)
            debbie.segers@fisglobal.com
            601 Riverside Avenue
            Jacksonville, FL 32204 USA
            Telephone: (615) 665-6716

Counsel for Metavante Corporation and Fidelity National Information Services, Inc.

3

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 16th day of September, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

               s/John A. DeVault, III
              John A. DeVault, III
              Florida Bar No. 103979
              E-mail: jad@bedellfirm.com
              The Bedell Building
              101 East Adams Street
              Jacksonville, Florida 32202
              Telephone: (904) 353-0211
              Facsimile: (904) 353-9307
              Counsel for Fidelity