**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| CheckFree Corporation and CashEdge, Inc., <br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>Metavante Corporation and<br>Fidelity National Information Services, Inc.,<br><br>　　　　　　　　　　　　Defendants.<br><br>―――――――――――――――<br><br>Metavante Corporation,<br><br>　　　　　　　　　　Counterclaim Plaintiff,<br><br>　　　　v.<br><br>CheckFree Corporation, CashEdge, Inc.,<br>and Fiserv, Inc.,<br><br>　　　　　　　　　Counterclaim Defendants | Case No.: 3:12-cv-00015-MMH-JBT |

**<u>NOTICE OF DISMISSAL</u>**

　　　　Having reached a settlement agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1) (A)(ii), the parties of the above-captioned case hereby stipulate to the dismissal with prejudice of the case. All claims by Plaintiffs against Defendants and all counterclaims by Counterclaim Plaintiff against Counterclaim Defendants are hereby dismissed with prejudice. Each party will bear its own fees and costs.

Dated: December 11, 2015

PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP

 /s/ Jenny C. Wu

Nicholas Groombridge (*Pro Hac Vice*)
Jenny C. Wu (*Pro Hac Vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
T: (212) 373-3000
F: (212) 757-3990
Email: ngroombridge@paulweiss.com
       jcwu@paulweiss.com

David J. Ball Jr. (*Pro Hac Vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
T: (202) 223-7300
F: (202) 223-7420
Email: dball@paulweiss.com

    -and-

LILES, GAVIN & GEORGE, P.A.
Rutledge R. Liles
Florida Bar No. 102805
225 Water Street, Suite 1500
Jacksonville, FL 32202
T: 904-634-1100
F: 904-634-1234
Email: rliles@lilesgavin.com

***Attorneys for CheckFree Corporation, CashEdge, Inc. and Fiserv, Inc.***

Respectfully submitted,

FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER

 /s/ Jeffrey A. Berkowitz (with permission)

Jeffrey A. Berkowitz (*Pro Hac Vice*)
Jessica L.A. Marks (*Pro Hac Vice*)
11955 Freedom Drive, Suite 800
Reston, VA 20190-5675
T: (571) 203-2700
F: (202) 408-4400
Email: jeffrey.berkowitz@finnegan.com

E. Robert Yoches (*Pro Hac Vice*)
901 New York Avenue, NW
Washington, D.C. 20001-4413
T: (202) 408-4000
F: (202) 408-4400

Stephen E. Kabakoff (*Pro Hac Vice*)
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3263
T: (404) 653-6400
F: (404) 653-6444

    -and-

BEDELL, DITTMAR, DEVAULT, PILLANS
   & COXE, P.A.
John A. DeVault, III
Courtney K. Grimm
Florida Bar No. 953740
The Bedell Building
101 East Adams Street
Jacksonville, FL 32202
T: 904-353-0211
F: 904-353-9307
Email: jad@bedellfirm.com
       cgrimm@bedellfirm.com

***Attorneys for Fidelity National Information Services, Inc. and Metavante Corp.***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of December, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

  /s/ Jenny C. Wu
Jenny C. Wu
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
T:  212-373-3000
F:  212-757-3990
Email: jcwu@paulweiss.com

*Counsel for CheckFree Corporation, CashEdge, Inc., and Fiserv, Inc.*